██ SHAWN BOWMAN, Claimant, v STATE OF NEW YORK, Defendant. [646 NYS2d 466] —Motion for leave to appeal and for permission to proceed as a poor person and assignment of counsel denied. Memorandum: Claimant may appeal as of right

(*see*, Court of Claims Act § 24). The motion for permission to appeal as a poor person is denied; claimant has not shown merit to the appeal (*see*, CPLR 1101 [a]) and has not served notice of the motion on the Wyoming County Attorney (*see*, CPLR 1101 [c]). Present—Pine, J. P., Lawton, Balio, Davis and Boehm, JJ.